UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW M. AULICINO,**

      **Plaintiff,**

**v.**                                                  **Case No:  6:15-cv-2098-Orl-41DAB**

**KRISTINE EPPERSON MCBRIDE,**
**STUART EPPERSON and NANCY**
**EPPERSON,**

      **Defendants.**
                                              /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Reinstate Complaint, for an Enlargement of Time to Perfect Service, and for Leave to Serve Defendants by Private Process Server and for Other Relief (Doc. 10). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (the "R&R," Doc. 13), which recommends that the motion be denied.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Reinstate Complaint, for an Enlargement of Time to Perfect Service, and for Leave to Serve Defendants by Private Process Server and for Other Relief (Doc. 10) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record